# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00756-CV

**J. L. B., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
## NO. 52792, THE HONORABLE CHERYLL MABRAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant J.L.B. has filed an unopposed motion to dismiss her appeal. We grant J.L.B.'s motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Edward Smith, Justice

Before Justices Baker, Kelly, and Smith

Dismissed on Appellant's Motion

Filed: January 31, 2023